MAY V. SAUNDERS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted June 5, 1933; decided June 6, 1933.)

Motion to vacate order dismissing appeal granted and default opened upon payment of ten dollars costs and on condition that the appeal be perfected within ten days from date; otherwise denied, with ten dollars costs. (See 262 N. Y. 521.)

In the Matter of the Accounting of JOHN J. FENELON, as Administrator of the Estate of BESSIE FENELON, Deceased, Respondent.

ELIZABETH YAUCH, Appellant.

(Submitted June 5, 1933; decided June 6, 1933.)

Motion for reargument granted. Return of remittitur requested and case set down for argument or submission on June 7, 1933. (See 262 N. Y. 57, 308.)